# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155239(64)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHAN DAVID HEWITT-EL, a/k/a
JONATHAN DAVID HEWITT,
      Defendant-Appellant.
_____/

SC: 155239
COA: 332946
Wayne CC: 10-002907-FC

On order of the Chief Justice, the second motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The brief will be accepted as timely filed if submitted on or before December 14, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2017



Clerk